# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| NANCY BARRIENTOS, | ) | NO. EDCV 15-2187-R (KS) |
| Petitioner, | ) | |
| v. | ) | JUDGMENT |
| D.K. JOHSON, | ) | |
| Respondent. | ) | |

Pursuant to the Court's Order Accepting Findings and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that this action is dismissed with prejudice.

DATED: June 3, 2016

_____
MANUEL L. REAL
UNITED STATES DISTRICT JUDGE